128 So.2d 741

**UNITED SECURITY LIFE INSURANCE COMPANY**

v.

**Voncile HILYER.**

5 Div. 744.

Supreme Court of Alabama.

April 6, 1961.

S. P. Keith, Jr., Birmingham, for petitioner.

Speaks & Burnett, Clanton, opposed.

LAWSON, Justice.

Petition of United Security Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision in United Security Life Ins. Co. v. Hilyer, 128 So.2d 736.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.